In the Matter of the Claim of BEATRICE HOBBS, Respondent, against DAIRYMEN'S LEAGUE CO-OPERATIVE ASSOCIATION, INC., et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Argued February 28, 1940; decided March 15, 1940.

*Anthony J. Caputo* and *Byron Clark* for appellants.

*Walter A. Fullerton* and *Michael E. Sweeney* for claimant, respondent.

Appeal dismissed, without costs, on the ground that the order is not final.   No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.